IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CYNTHIA REDD, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**WONOLO INC.,**<br><br>Defendant. | Case No. 1:22-cv-00292<br><br>Hon. Andrea R. Wood |

**DEFENDANT'S MOTION TO COMPEL ARBITRATION, COMPEL INDIVIDUAL ARBITRATION AND TO (I) DISMISS THE COMPLAINT, OR ALTERNATIVELY, (II) STRIKE PLAINTIFF'S CLASS ALLEGATIONS AND STAY PROCEEDINGS PENDING ARBITRATION**

Pursuant to 9 U.S.C. § 1, *et seq.*[1], Defendant Wonolo Inc. ("Defendant" or "Wonolo") respectfully requests that this Court compel arbitration and either (i) dismiss all claims in Plaintiff's Class Action Complaint with Jury Demand ("Complaint") [Dkt. #1, Exh. 1] or, alternatively, (ii) strike Plaintiff's class allegations and stay the proceeding for the reasons set forth in Defendant's Memorandum of Law filed concurrently herewith. In support of its Motion, Defendant states as follows:

1. On December 8, 2021, Plaintiff Cynthia Redd ("Plaintiff") commenced this action by filing a Complaint on behalf of herself and a putative class against Defendant in the Circuit Court of Cook County, Illinois. In the Complaint, Plaintiff asserts claims for violations of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1, *et seq.*, premised on the theory that Wonolo scanned Plaintiff's and the putative class' facial geometry so that it could use

---

[1] The FAA authorizes this Court to dismiss the action. 9 U.S.C. §§ 3, 4. To the extent the Court deems necessary, as additional bases, Wonolo also moves to dismiss under Federal Rule of Civil Procedure 12(b)(3).

it as an authentication method to track the time worked for each job Plaintiff and the putative class accepted through Wonolo's mobile application. (Dkt. #1, Exh. 1, ¶¶ 37, 50, 60.)

2. On January 18, 2022, Defendant removed the case to this Court. On January 21, 2022, this Court granted Defendant's unopposed motion to extend the time to file its responsive pleading, thereby extending Defendant's time to file a responsive pleading to February 8, 2022. [Dkt. #10] This Motion serves as Defendant's responsive pleading.

3. Plaintiff entered into a valid and enforceable Arbitration Agreement ("Arbitration Agreement"), requiring her to submit any claims arising out of or relating to her relationship with Wonolo—including any claims arising out of or relating to her performance of services for customers—to arbitration on an individual basis. By entering into the Arbitration Agreement, Plaintiff also waived all rights to pursue claims (in court or arbitration) as a class or collective action. The claims at issue in this action are indisputably covered by the express terms of the Arbitration Agreement. Therefore, Plaintiff's claims must be submitted to individual arbitration.

4. The Arbitration Agreement contains a delegation clause that requires any determination concerning the validity of the Arbitration Agreement and whether it applies to Plaintiff's claims at issue in this action to be delegated to, and thus made by, the arbitrator in the first instance.

5. Additional facts, arguments, and authority are set forth in Defendant's Memorandum in Support and the exhibits thereto, all of which are hereby incorporated by reference.

WHEREFORE, Defendant Wonolo Inc. respectfully requests that this Court grant its Motion to Compel Individual Arbitration and Dismiss the Complaint, or Alternatively, Strike Plaintiff's Class Allegations and Stay Proceedings Pending Arbitration.

-3-

Dated: February 8, 2022                                      Respectfully submitted,


                                                             */s/ Jennifer L. Jones*
                                                             Jennifer L. Jones, ARDC# 6309353

Kwabena A. Appenteng, ARDC# 6294834
Jennifer L. Jones, ARDC# 6309353
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Phone: (312) 372-5520
kappenteng@littler.com
jeljones@littler.com

Patricia J. Martin, ARDC #6288389
LITTLER MENDELSON, P.C.
600 Washington Avenue, Suite 900
St. Louis, Missouri 63101
Phone: (314) 659-2000
pmartin@littler.com

*Attorneys for Defendant, Wonolo, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 8, 2022, she caused a copy of the foregoing, ***Defendant's Motion to Compel Arbitration, Compel Individual Arbitration and to (I) Dismiss the Complaint, or Alternatively, (II) Strike Plaintiff's Class Allegations and Stay Proceedings Pending Arbitration*** to be filed electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system, and served upon the following via email:

| | | |
|---|---|---|
| Ryan F. Stephan<br>James B. Zouras<br>Catherine T. Mitchell<br>Stephan Zouras, LLP<br>100 N. Riverside Plaza,<br>Suite 2150<br>Chicago, Illinois 60606<br>rstephan@stephanzouras.com<br>jzouras@stephanzouras.com<br>cmitchell@stephanzouras.com | David A. Neiman<br>Antonio Romanucci<br>Romanucci & Blandin, LLC<br>321 N. Clark Street,<br>Suite 900<br>Chicago, Illinois 60654<br>dneiman@rblaw.net<br>aromanucci@rblaw.net | Miranda L. Soucie<br>Spiros Law, P.C.<br>2807 N. Vermilion,<br>Suite 3<br>Danville, IL 61832<br>msoucie@spiroslaw.com |

                                               */s/ Jennifer L. Jones*
                                                   Jennifer L. Jones

4863-4944-2061.1 / 085958-1041