**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CYNTHIA REDD, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) WONOLO, INC., ) ) Defendant. ) | Case No. 1:22-cv-00292 Hon. Andrea R. Wood |

**STIPULATION TO STAY CASE IN FAVOR OF INDIVIDUAL ARBITRATION**

Plaintiff Cynthia Redd ("Plaintiff") and Defendant Wonolo Inc. ("Defendant"), by and through their respective attorneys, hereby bring this Stipulation to Stay Case in Favor of Arbitration. In support of this Stipulation, the Parties state as follows:

1. On December 8, 2021, Plaintiff filed, on behalf of herself and all others similarly situated, this putative class action in the Circuit Court of Cook County, Chancery Division, asserting violations of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1, *et seq.*

2. On January 18, 2022, Defendant removed this action to the United States District Court for the Northern District of Illinois, asserting jurisdiction under the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(d) and 1453.

3. On February 8, 2022, Defendant filed its Motion to Compel Individual Arbitration and to (I) Dismiss the Complaint, or Alternatively, (II) Strike Plaintiff's Class Allegations and Stay Proceedings Pending Arbitration (Dkt. 17), contending that, by assenting to Defendant's Terms of Use, Plaintiff agreed to arbitrate her claims against Defendant through individual, non-class arbitration.

4.     After discussion between the Parties, the Parties stipulate and agree that this case should be stayed pending Plaintiff's submission of her claims to individual arbitration.

WHEREFORE, the Parties jointly ask the Court to stay this case pending individual arbitration in accordance with the dispute resolution clause contained in Defendant's Terms of Use.

Date:   February 22, 2022            Respectfully Submitted,

/s/ Catherine T. Mitchell

Ryan F. Stephan
James B. Zouras
Catherine T. Mitchell
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, IL 60606
312.233.1550
312.233.1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com

David Neiman
Blake J. Kolesa
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street, Suite 900
Chicago, Illinois 60654
T: 312.626.7614
F: 312.458.1004
dneiman@rblaw.net
bkolesa@rblaw.net

Miranda L. Soucie, No. 6304049
msoucie@spiroslaw.com
**SPIROS LAW, P.C.**
2807 N. Vermilion, Suite 3, Danville, IL 61832
Telephone: 217.443.4343

**ATTORNEYS FOR PLAINTIFF**

*/s/ Patricia J. Martin*

Jennifer L. Jones
Kwabena A. Appenteng
Littler Mendelson P.C.
321 N. Clark Street, Suite 1000
Chicago, IL 60654

Patricia J. Martin
Littler Mendelson P.C.
600 Washington Ave, Suite 900
St. Louis, MO 63101

**ATTORNEYS FOR DEFENDANT**

3

4

## **CERTIFICATE OF SERVICE**

      I, the attorney, hereby certify that on February 22, 2022, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                                     */s/ Catherine T. Mitchell*