IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA REDD, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 22-cv-00292 |
| v. | ) ) Hon. Andrea R. Wood |
| WONOLO, INC., | ) ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Named Plaintiff, Cynthia Redd, individually and on behalf of all others similarly situated, by and through undersigned counsel, hereby voluntarily dismisses her claims without prejudice against Defendant Wonolo, Inc.

Dated: August 8, 2022

Respectfully submitted,

/s/ Paige L. Smith

Ryan F. Stephan
Catherine T. Mitchell
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312-233-1550
312-233-1560 *f*
rstephan@stephanzouras.com
cmitchell@stephanzouras.com

David A. Neiman
**ROMANUCCI & BLANDIN LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654

***Attorneys for Plaintiff***

1

## **CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on August 8, 2022, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

*/s/ Catherine T. Mitchell*